OPINION — AG — ** VETERANS — HOSPITAL — OPERATION ** THE WAR VETERANS COMMISSION OF OKLAHOMA, IN ITS OFFICIAL DISCRETION, IS 'LEGALLY' EMPOWERED TO DESIGNATE AND OPERATE THE OKLAHOMA STATE VETERANS HOSPITAL AT SULPHUR, OKLAHOMA, FOR DOMICILIARY CARE OF EX SERVICE PERSONS, AND MAY PROPERLY ADOPT THE RESOLUTION HEREIN QUOTED FOR SUCH PURPOSE. (HOSPITAL, HOME, RELIEF, AUTHORITY) CITE: 72 O.S. 54 [72-54], 72 O.S. 63.1 [72-63.1], 72 O.S. 63.3 [72-63.3] [72-63.3] (J. H. JOHNSON)